UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AMY DRURY REDD,                                )<br>                                                            )<br>        Plaintiff,                                        )<br>                                                            )<br>    v.                                                     )<br>                                                            )<br>ANDREW M. SAUL,                             )<br>Commissioner of the Social Security   )<br>Administration,                                    )<br>                                                            )<br>        Defendant.                                   ) | No. 4:19-CV-02861-SPM |

## MEMORANDUM AND ORDER

This case is before the Court on Commissioner Andrew M. Saul's ("the Commissioner's") Motion to Reverse and Remand the case to the Commissioner for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g). (Doc. 14). Plaintiff has no objection to the motion. The parties have consented to the jurisdiction of the undersigned United States Magistrate Judge pursuant to 28 U.S.C.§ 636(c)(1). (Doc. 7).

On October 22, 2019, Plaintiff filed a Complaint seeking review of the Commissioner's decision that Plaintiff was not under a disability within the meaning of the Social Security Act. (Doc. 1). The Commissioner filed his answer and the transcript of the administrative proceedings on January 27, 2020. (Docs. 9, 10). Plaintiff filed a brief in support of the Complaint on February 26, 2020. (Doc. 11).

On April 8, 2020, the Commissioner filed the instant motion to reverse and remand the case to the Commissioner for further action under sentence four of section 205(g) of the Social Security Act, which permits the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). The Commissioner represents in his motion that upon

review of the record, agency counsel determined that remand was necessary for further evaluation of Plaintiff's claim. The Commissioner states that "[o]n remand, the Commissioner will fully evaluate the record including evidence relating to Plaintiff's treatment in 2018, reevaluate the opinion of Amy Rauchway, D.O., Plaintiff's treating neurologist, afford Plaintiff the opportunity to submit new evidence, and make a *de novo* decision."

Upon review of Plaintiff's brief in support of his complaint, the ALJ's decision, and the Commissioner's motion, the Court agrees with the parties that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

Accordingly,

**IT IS HEREBY ORDERED** that the Commissioner's Motion to Reverse and Remand (Doc. 14) is **GRANTED**.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that decision of the Commissioner of Social Security is **REVERSED** and that this case is **REMANDED** under Sentence Four of 42 U.S.C. § 405(g) for reconsideration and further proceedings consistent with this opinion.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 21st day of April, 2020.